## IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| USA, | |
| Plaintiff(s), | |
| | |
| v. | Case No. 25M80010 |
| | |
| Joselyn Reyes Rojas, | Judge Laura K. McNally |
| | |
| Defendant(s) | |

### <u>ORDER</u>

For reasons stated on the record and at the request of the issuing agency, ticket number E2169819 is dismissed with prejudice. As to ticket number E2169820, the Government's oral motion for conditions of release is denied for reasons stated on the record, except for a recognizance appearance bond. Personal recognizance bond is entered. The Court enters the attached preservation order by agreement of the parties. Video status set for 12/19/25 at 10:00 a.m. The parties are to appear at the video hearing by accessing the following link: https://us-courts.webex.com/meet/scott_white. Parties who do not have access to a device with video capability and who intend to speak at the hearing must notify the courtroom deputy in advance and request the Court's permission to appear telephonically. Individuals may also listen via teleconference: 1-650-479-3207; Access code: 23166424339. Those not speaking during the hearing must mute themselves. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions.

(00.30)

Date: 11/21/2025

_Laura K. McNally_
Laura K. McNally
United States Magistrate Judge