IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Violation No. E216820 |
| v. | ) | |
| | ) | |
| JOSELYN REYES ROJAS | ) | |
| | ) | Judge Laura K. McNally |
| | ) | |

## PRESERVATION ORDER

Having found that the materials requested are potentially relevant and material to the above captioned matter, it is hereby ordered that the United States Department of Homeland Security (DHS) is to preserve and maintain: (i) all video related to the 10/8/25 stop and arrest of Joselyn Reyes Rojas, including surveillance camera footage at the Broadview detention facility that directly recorded the 10/8/25 stop, arrest, or subsequent investigation related to the issuance of violation notices to Joselyn Reyes Rojas, any body worn camera footage, in car camera footage, as well as any recordings made by means of GoPro or Meta Smart Glasses; (ii) all recorded law enforcement communications related to the 10/8/25 stop and arrest of Joselyn Reyes-Rojas, including recorded telephone communications, communications on WhatsApp, and on Signal.

**Entered,**

*Laura K. McNally*
**Judge Laura K. McNally**

**Dated: 11/21/2025**     **United States Magistrate Judge**