UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSELYN REYES ROJAS | Case Number: 25M80010<br><br><br>Magistrate Judge Laura K. McNally |

## GOVERNMENT'S MOTION TO DISMISS

The United States of America by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully moves to dismiss with prejudice citation violation E2169820 in the above-captioned case. Undersigned counsel mistakenly filed this motion in case number 25M00811, which involved the a co-defendant and which had already been previously dismissed.

Dated: December 8, 2025

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: /s/ *Diya Rattan*
Diya Rattan
Special Assistant U.S. Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 469-6052

1