UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSELYN REYES ROJAS | Case Number: 25M80010<br><br><br>Magistrate Judge Laura K. McNally |

### ORDER

At the request of United States of America by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, the ticket listed below is dismissed with prejudice.

Ticket No. E2169820

ENTER:

*Laura K. McNally*
Laura K. McNally
United States Magistrate Judge

DATE: 12/8/2025

1